IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY PETERSON,<br>                *Petitioner* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | 1:26-CV-00276-RP-SH |
| LAHONDA G. BOYD,<br>WARDEN, FCI BASTROP,<br>                *Respondent* | §<br>§<br>§<br>§ | |

## ORDER

Before the Court are Petitioner Jeremy Peterson's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. 1) and Motion to Expedite Review of Petitioner's 28 U.S.C. § 2241 Petition (Dkt. 2), both filed February 2, 2026.[1]

Petitioner has paid the $5.00 filing fee required to bring an action under 28 U.S.C. § 2241. He challenges the Bureau of Prisons' ("BOP") calculation of his sentence and argues that he is entitled to First Step Act Earned Time Credits for the period during which he was in BOP custody immediately after sentencing but before arrival at his designated facility. Petitioner asks the Court to expedite review of his Petition and shorten the standard briefing deadlines. His projected release date is May 27, 2027. Dkt. 1-5 at 3.

After considering the Petition, the Motion, Petitioner's projected release date, and the Court's docket, the Court **DENIES** Petitioner's Motion to Expedite Review of Petitioner's 28 U.S.C. § 2241 Petition (Dkt. 2).

---

[1] The District Court referred this case to this Magistrate Judge pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Court Docket Management Standing Order for United States District Judge Robert Pitman. Dkt. 3.

1

2

The Court **ORDERS** the Clerk to serve a copy of the petition (Dkt. 1) on the United States Attorney, by certified mail, return receipt requested. It is **FURTHER ORDERED** that the United States Attorney, on behalf of Respondent, file an answer or other response to the petition within **sixty (60) days** of the date of service of the petition on Respondent. If Petitioner desires to file a reply to Respondent's response, he is **ORDERED** to do so within **thirty (30) days** of the date of service of the response on him.

**SIGNED** on February 13, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE