**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JEREMY PETERSON,** *Petitioner* | § | |
| | § | |
| **v.** | § | **1:26-CV-00276-RP-SH** |
| | § | |
| **LAHONDA G. BOYD, WARDEN, FCI BASTROP,** *Respondent* | § | |
| | § | |
| | § | |

**ORDER**

Now before the Court is Petitioner Jeremy Peterson's Renewed Motion for Expedited Review and Reconsideration of Order Denying Expedition (Dkt. 5), filed March 23, 2026 (Dkt. 9).[1]

Petitioner is in federal custody and brings this action under 28 U.S.C. § 2241 challenging the refusal by the Bureau of Prisons ("BOP") to award First Step Act Earned Time Credits for the period he was in BOP custody after sentencing but before arrival at his designated facility. Dkt. 1. On February 2, 2026, Peterson filed a motion for expedited review of his petition and asked for an accelerated briefing schedule Dkt. 2. On February 13, 2026, this Magistrate Judge denied his motion for expedited review, noting that Peterson's projected release date was not until May 27, 2027. Dkt. 5. Peterson now moves for reconsideration of that order and again asks for an accelerated briefing schedule to be completed by the end of April 2026.

Defendant filed its response/motion to dismiss on April 23, 2026 (Dkt. 10) and its reply brief on June 1, 2026 (Dkt. 13). Accordingly, Peterson's request for an accelerated briefing schedule is now moot, but the Court remains mindful of Peterson's concern for the timely adjudication of his petition.

[1] The District Court referred this case to this Magistrate Judge pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Court Docket Management Standing Order for United States District Judge Robert Pitman. Dkt. 3.

For these reasons, Petitioner's Renewed Motion for Expedited Review and Reconsideration of Order Denying Expedition (Dkt. 9) is **DISMISSED** as moot.

**SIGNED** on August 28, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE